EILEEN R. RIDLEY, CA Bar No. 151735
  eridley@foley.com
SARA A. ABARBANEL, CA Bar No. 324045
  sabarbanel@foley.com
**FOLEY & LARDNER LLP**
555 CALIFORNIA STREET, SUITE 1700
SAN FRANCISCO, CA 94104-1520
TELEPHONE: 415.434.4484
FACSIMILE:  415.434.4507

JOHN J. ATALLAH, CA BAR NO. 294116
  jatallah@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2411
TELEPHONE: 213.972.4500
FACSIMILE: 213.486.0065

Attorneys for Defendant HV GLOBAL GROUP, INC.

CHRIS CARSON, ESQ., SBN 280048
RAYMOND BALLISTER, JR., ESQ., SBN 111282
DENNIS PRICE, SBN 279082
ISABEL MASANQUE, SBN 292673
**CENTER FOR DISABILITY ACCESS**
8033 Linda Vista Rd, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
dennisp@potterhandy.com

Attorneys for Plaintiff CHRISTOPHER LANGER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>            Plaintiff,<br><br>    vs.<br><br>HV GLOBAL GROUP, INC., a Delaware corporation,<br><br>            Defendants. | Case No. 2:21-cv-00328-JAM-KJN<br><br>**STIPULATION TO STAY DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT (L.R. 143)** |

Plaintiff Chris Langer ("Plaintiff") and Defendant HV Global Group, Inc., ("HV Global"), by and through their undersigned counsel, and pursuant to Civil Local Rule 143, respectfully submit this Stipulation to Stay Defendant's Deadline to Respond to Plaintiff's First Amended Complaint, subject to the Court's approval.

**WHEREAS**, on February 22, 2021, Plaintiff filed his Complaint in the above-captioned action (the "Complaint");

**WHEREAS**, on April 12, 2021, HV Global filed a Motion to Dismiss Plaintiff's Complaint and on June 10, 2021, HV Global filed an Amended Motion to Dismiss Plaintiff's Complaint;

**WHEREAS,** on June 23, 2021, the Court ordered Plaintiff and HV Global to file a Joint Status Report within 30 days of the Court's ruling on HV Global's Amended Motion to Dismiss;

**WHEREAS,** on October 13, 2021, the Court issued an order granting HV Global's Amended Motion to Dismiss, and setting Plaintiff's deadline to file an amended complaint within 20 days and HV Global's deadline to file a responsive pleading 20 days thereafter;

**WHEREAS,** on November 1, 2021, Plaintiff filed a First Amended Complaint;

**WHEREAS,** on November 12, 2021, Plaintiff and HV Global filed a Joint Status Report pursuant to the Court's June 23, 2021 order, and agreed to participate in the Voluntary Dispute Resolution Program;

**WHEREAS,** on November 15, 2021, the Court referred the parties to the Voluntary Dispute Resolution Program;

**WHEREAS,** based on the Court's order dated October 13, 2021, the deadline for HV Global to respond to Plaintiff's First Amended Complaint is November 22, 2021;

**WHEREAS,** HV Global intends to file a motion to dismiss Plaintiff's First Amended Complaint;

**WHEREAS,** in the interest of judicial economy, Plaintiff and HV Global wish to stay HV Global's deadline to respond to the First Amended Complaint while the parties participate in the Voluntary Dispute Resolution Program;

**WHEREAS,** staying HV Global's deadline for responding to Plaintiff's First Amended Complaint will enable the parties to more efficiently move the case toward resolution without the need for briefing on HV Global's Motion to Dismiss;

**NOW, HEREBY, THE PARTIES STIPULATE AND AGREE** that, pursuant to Local Rule 143 and subject to the Court's approval, the deadline for HV Global to respond to Plaintiff's First Amended Complaint will be stayed until 14 days after the parties have completed their participation in the Voluntary Dispute Resolution Program.

**IT IS SO STIPULATED AND AGREED.**

DATED: November 18, 2021        **CENTER FOR DISABILITY ACCESS**
Chris Carson
Raymond Ballister, Jr.
Dennis Price
Isabel Masanque


/s/ Isabel Masanque
Isabel Masanque
*Attorneys for Plaintiff Chris Langer*

DATED: November 18, 2021        **FOLEY & LARDNER LLP**
Eileen R. Ridley
John J. Atallah
Sara A. Abarbanel


/s/ John J. Atallah
John J. Atallah
*Attorneys for Defendant HV Global Group, Inc.*

\* I attest that the other signatory listed, and on whose behalf this filing is submitted, concurs in the filing content and has authorized this filing.

DATED: November 18, 2021        /s/ John J. Atallah
John J. Atallah

///

**IT IS SO ORDERED.**

DATED:  November 19, 2021

/s/ John A. Mendez
_____
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE