EILEEN R. RIDLEY, CA Bar No. 151735
    eridley@foley.com
SARA A. ABARBANEL, CA Bar No. 324045
    sabarbanel@foley.com
**FOLEY & LARDNER LLP**
555 CALIFORNIA STREET, SUITE 1700
SAN FRANCISCO, CA 94104-1520
TELEPHONE: 415.434.4484
FACSIMILE:  415.434.4507

JOHN J. ATALLAH, CA BAR NO. 294116
    jatallah@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2411
TELEPHONE: 213.972.4500
FACSIMILE: 213.486.0065

Attorneys for Defendant HV
GLOBAL GROUP, INC.

CHRIS CARSON, ESQ., SBN 280048
RAYMOND BALLISTER, JR., ESQ., SBN 111282
DENNIS PRICE, SBN 279082
ISABEL MASANQUE, SBN 292673
**CENTER FOR DISABILITY ACCESS**
8033 Linda Vista Rd, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
dennisp@potterhandy.com

Attorneys for Plaintiff CHRISTOPHER
LANGER

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>                    Plaintiff,<br><br>        vs.<br><br>HV GLOBAL GROUP, INC., a Delaware corporation,<br><br>                    Defendants. | Case No. 2:21-cv-00328-JAM-KJN<br><br>**STIPULATION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT (L.R. 143 AND 144)** |

Plaintiff Chris Langer ("Plaintiff") and Defendant HV Global Group, Inc., ("HV Global"), by and through their undersigned counsel, and pursuant to Civil Local Rules 143 and 144, respectfully submit this Stipulation to Extend Defendant's Deadline to Respond to Plaintiff's First Amended Complaint by a period of seven (7) additional days, subject to the Court's approval, so as to enable the parties to complete their meet and confer efforts on the issues HV Global anticipates raising through a motion to dismiss.

**WHEREAS**, on February 22, 2021, Plaintiff filed his Complaint in the above-captioned action (the "Complaint") [Dkt. No. 1];

**WHEREAS**, on April 12, 2021, HV Global filed a Motion to Dismiss Plaintiff's Complaint [Dkt. No. 6], and on June 10, 2021, HV Global filed an Amended Motion to Dismiss Plaintiff's Complaint [Dkt. No. 11];

**WHEREAS,** on October 13, 2021, the Court issued an order granting HV Global's Amended Motion to Dismiss, and setting Plaintiff's deadline to file an amended complaint within 20 days and HV Global's deadline to file a responsive pleading 20 days thereafter [Dkt. No. 17];

**WHEREAS,** on November 1, 2021, Plaintiff filed a First Amended Complaint [Dkt. No. 19];

**WHEREAS,** on November 15, 2021, the Court issued an order referring the parties to the Court's Voluntary Dispute Resolution Program ("VDRP") [Dkt. No. 21];

**WHEREAS,** on November 19, 2021, the parties submitted and the Court entered a stipulation to stay HV Global's deadline to respond to Plaintiff's First Amended Complaint until two weeks after the completion of VDRP [Dkt. No. 24];

**WHEREAS,** the parties participated in VDRP on March 8 and April 18, 2022, and submitted a Joint VDRP Completion report on April 24, 2022 [Dkt. No. 26];

**WHEREAS,** based on the parties' completion of VDRP on April 18, 2022, HV Global's current deadline for responding to Plaintiff's First Amended Complaint is May 2, 2022;

**WHEREAS,** HV Global intends to file a motion to dismiss Plaintiff's First

Amended Complaint for reasons discussed by counsel for both parties in the course of their prior meet and confer efforts and in the course of the parties' participation in VDRP;

**WHEREAS,** the parties have agreed to complete their meet and confer discussions on May 2, 2022, the same date as HV Global's current deadline for filing its response to the First Amended Complaint;

**WHEREAS,** in the interest of judicial economy, and to allow the parties to complete their meet and confer discussions, Plaintiff and HV Global wish to extend by seven (7) days HV Global's deadline to respond to the First Amended Complaint;

**NOW, HEREBY, THE PARTIES STIPULATE AND AGREE** that, pursuant to Local Rules 143 and 144, and subject to the Court's approval, the deadline for HV Global to respond to Plaintiff's First Amended Complaint will be extended to May 9, 2022.

**IT IS SO STIPULATED AND AGREED.**

DATED:  April 29, 2022                **CENTER FOR DISABILITY ACCESS**
Chris Carson
Raymond Ballister, Jr.
Dennis Price
Isabel Masanque


*/s/ Isabel Masanque*
Isabel Masanque
*Attorneys for Plaintiff Chris Langer*

DATED:  April 29, 2022                **FOLEY & LARDNER LLP**
Eileen R. Ridley
John J. Atallah
Sara A. Abarbanel


*/s/ John J. Atallah*
John J. Atallah
*Attorneys for Defendant HV Global Group, Inc.*

\* I attest that the other signatory listed, and on whose behalf this filing is submitted, concurs in the filing content and has authorized this filing.

DATED: April 29, 2022        */s/ John J. Atallah*
                             John J. Atallah

**IT IS SO ORDERED.**

DATED: May 2, 2022           /s/ John A. Mendez
                             THE HONORABLE JOHN A. MENDEZ
                             UNITED STATES DISTRICT COURT JUDGE