UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

CHRIS LANGER,

        Plaintiff,

  v.

HV GLOBAL GROUP, INC., a Delaware Corporation,

        Defendant.

**Case No.** 2:21-cv-00328-JAM-KJN

ORDER

Having reviewed the Stipulated Request to Extend Date of Filing Stipulation of Dismissal, and for good cause shown, the Court hereby GRANTS the requested relief. The deadline for the parties to file a Stipulation of Dismissal shall be extended up to and including to October 22, 2022.

**IT IS SO ORDERED.**

DATED: September 23, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE